IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHEMOIL MONDE-EXPORT S.A.S.         *

       Plaintiff,            *

v.                                  *   Civil Action No. H02CV1538

M/V ALMA ATA, her tackle,           *
apparel, freights, etc.,
                                    *
       Defendant, *in rem,*
                                    *
and
                                    *
DENIZ NAKLIYATI T.A.S.
a/k/a TURKISH CARGO LINES           *

       Defendant, *in personam.*   *

**ORDER FOR ISSUANCE OF WRIT OF MARITIME ATTACHMENT
OF THE M/V ALMA ATA**

Upon reading the Verified Complaint, Affidavits and associated documents for issuance of process for the attachment of the M/V ALMA ATA, and good cause appearing therefor, it is this 29th day of April, 2002, by the United States District Court for the District of Maryland,

ORDERED, that the Clerk issue the Writ of Maritime Attachment of the M/V ALMA ATA, her engines, tackle, machinery and other appurtenances, as prayed for in the Complaint with instruction to the United States Marshall to execute the same forthwith.

                                                _____
                                                United States District Judge

