IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHEMOIL MONDE-EXPORT S.A.S. | * |
| Plaintiff, | * |
| v. | *   Civil Action No. H02CV1538 |
| M/V ALMA ATA, her tackle, apparel, freights, etc., | * |
| | * |
| Defendant, *in rem*, | * |
| and | * |
| DENIZ NAKLIYATI T.A.S. a/k/a TURKISH CARGO LINES | * |
| Defendant, *in personam*. | * |

**ORDER OF ISSUANCE OF PROCESS *IN REM*
FOR ARREST OF THE M/V ALMA ATA**

Upon reading the Verified Complaint for issuance of process for the arrest of the M/V ALMA ATA, in good cause appearing therefor, it is this 29th day of April, 2002, by the United States District Court for the District of Maryland,

ORDERED, that the Clerk issue a warrant for the arrest of the M/V ALMA ATA, her engines, tackle, machinery and other appurtenances, with notice to all persons claiming any interest therein to appear and answer the Complaint.

_____
United States District Judge