### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHEMOIL MONDE-EXPORT S.A.S., | * | |
| Plaintiff, | * | H02CV1538 |
| v. | * | Civil Action No. |
| M/V ALMA ATA, her tackle, apparel, freights, etc., | * | |
| | * | |
| Defendant, *in rem.* | * | |
| and | * | |
| DENIZ NAKLIYATI T.A.S. a/k/a TURKISH CARGO LINES | * | |

### ORDER APPOINTING SUBSTITUTE
### CUSTODIAN AND KEEPER

Upon consideration of the Motion of Plaintiff, Chemoil Monde-Export, S.A.S., for an Order to Appoint a Substitute Custodian, it is this 29th day of April, 2002, by the United States District Court for the District of Maryland,

Ordered, that the Marshal of the United States District Court for the District of Maryland be, and he is hereby authorized and directed upon his arrest of the M/V ALMA ATA and his attachment and garnishment of the interests of the Defendant in the M/V ALMA ATA pursuant to the Writ of Maritime Attachment and Garnishment issuing in this case, to surrender the possession thereof to the Master of the vessel, and the Marshal shall



be discharged from his duties and responsibilities for the safekeeping of said vessel and held harmless from any and all claims arising whatever out of said substituted possession and safekeeping.

                                       _____
                                       United States District Judge